**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Olufemi Abiodun OGUNYEMI,
Defendant—Appellant.**

No. 10–7107.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 9, 2010.

Decided: Sept. 30, 2010.

Olufemi Abiodun Ogunyemi, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olufemi Abiodun Ogunyemi appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Ogunyemi*, No. 1:05–cr–00127–JAB–1 (M.D.N.C. July 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*